IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY A INNISS,

    Plaintiff,

v.

U.S. BANK N.A,

    Defendant.

                                   No. C 15-00423 JSW

**ORDER TO SHOW CAUSE**

On February 5, 2015, Defendant filed a motion to dismiss, which is scheduled for a hearing on March 13, 2015. Under the Northern District Civil Local Rules, Plaintiff's opposition was due on February 19, 2015. Plaintiff has not filed an opposition. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for lack of prosecution. Plaintiff's response to this Order to Show Cause shall be due by March 2, 2015.

If Plaintiff seeks to file an untimely opposition brief, he must file a request to do so by March 2, 2015, which demonstrates good cause for his failure to comply with the deadlines set by the Local Rules, and which is accompanied by a proposed opposition brief.

If the Court grants Plaintiff's request to file a belated opposition brief, it shall extend the deadline by which Defendant may file a reply, and shall continue the hearing date on the motion. Pending further order of the Court, this matter remains on calendar on March 13, 2015 for hearing, pending further order of the Court.

//

If Plaintiff fails to file a response to this Order by March 2, 2015, the Court shall dismiss this case without prejudice.

**IT IS SO ORDERED.**

Dated: February 23, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE